**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2021-CA-0431

C.M.J.

- - Versus - -

L.M.C., wife of C.M.J.

22nd Judicial District Court
Case #: 201113039
St. Tammany Parish

On Application for Rehearing filed on   06/07/2022 by C.M.J.

Rehearing _____ DENIED _____

J. Michael McDonald

Walter I. Lanier III

Elizabeth   Wolfe

Date   JUN 1 6 2022

Rodd Naquin, Clerk